DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARSEL PETERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0905

[June 25, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 03-12651CF10B.

Marsel Peterson, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State*, No. SC2025-0708, 2025 WL 1561151 (Fla. June 3, 2025) (holding that, even if *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a change in law, it does not apply retroactively to cases that were final when it was decided).

KLINGENSMITH, C.J., WARNER and GROSS, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***